UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH H. BAYNE,<br><br>    Plaintiff,<br><br>    v.<br><br>SHERIFF G. AHERN, et al.,<br><br>    Defendants. | Case No. 18-01850 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

    Plaintiff filed a *pro se* civil rights complaint to 42 U.S.C. § 1983, while in custody at the Napa State Hospital.[1] On September 18, 2018, the Court dismissed the complaint with leave to amend within twenty-eight days. (Docket No. 10.) On October 5, 2018, mail sent to Plaintiff from the Court was returned with a notation on the envelope indicating that the mail could not be forwarded. (Docket No. 11.) Plaintiff has had no further communication with the Court since initiating these proceedings.

    Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* must promptly file a notice of change of address while an action is pending. *See* L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro*

---

[1] This matter was reassigned to this Court on April 6, 2018. (Docket Nos. 4 & 5.)

*se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b).

More than sixty days have passed since the mail addressed to Plaintiff was returned as undeliverable. The Court has not received a notice from Plaintiff regarding a new address. Accordingly, the instant civil rights action is **DISMISSED** without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

The Clerk shall terminate any pending motions.

**IT IS SO ORDERED.**

Dated: December 13, 2018

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.18\01850Bayne_dis

2