UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH H. BAYNE,

          Plaintiff,

      v.

SHERIFF G. AHERN, et al.,

          Defendants.

Case No. 18-01850 BLF (PR)

**JUDGMENT**

The Court has dismissed this action pursuant to Northern District Local Rule 3-11. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 13, 2018

BETH LABSON FREEMAN
United States District Judge